SADIE CELIA ROSENSWEIG, Respondent, v. CHARLES SAMUEL ROSENSWEIG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADAMS GREASE GUN CORPORATION, Respondent, v. AFCO PRODUCTS COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINNIE DRUCKERMAN, as Administratrix, etc., Appellant, v. GENERAL KOMPOLITE COMPANY, Respondent.— Order modified as provided in order, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAYRE & FISHER COMPANY and Another, Respondents, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy and O'Malley, JJ.

GOLDIE SOSNOFF, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of 40TH ST. & PARK AVE., INC., Respondent, for a Peremptory Order of Mandamus against JAMES J. WALKER, as Mayor, etc., and Others, Defendants. AUSTEN G. Fox and JOSEPH F. STILLMAN, Appellants.— Appeal dismissed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DANIEL MCMAHON v. BALTIMORE AND OHIO RAILROAD COMPANY. (OWEN E. REILLY and ZELENKO & WEISSMAN.) — Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REAL ESTATE HOLDING CORPORATION and Others v. UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES C. MOORE and Others v. 415 CENTRAL PARK WEST CORPORATION, Impleaded with SERVEL CORPORATION OF NEW YORK.— Motion to dismiss appeal denied on condition that appellant Servel Corporation of New York file its supplemental record on appeal within a reasonable time after the filing of the record on appeal by the other appellants, which it is permitted to do in the event that no agreement can be reached between all parties for the filing of one complete record on appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH MOORE, as Administratrix, etc., v. CITY OF NEW YORK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHAEL BAOS v. MARGARET BAOS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.